UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALEJANDRO TORRIS GARDNER,

        Petitioner,

v.                                          Case No. 09-10335
                                            HONORABLE AVERN COHN

KENNETH McKEE,

        Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION FOR A CERTIFICATE OF APPEALABILITY (Doc. 13)

        This is a habeas case under 28 U.S.C. § 2254.  Petitioner Alejandro Torris Gardner ("Petitioner"), a state prisoner, challenged his jury convictions for first-degree murder, possession of a firearm during the commission of a felony (felony firearm), and felon in possession of a firearm.  Petitioner claimed that he was deprived of a fair trial by his trial counsel's omissions, the prosecutor's conduct and comments, a statement by the trial court regarding reasonable doubt, and the cumulative effect of trial errors.  The Court denied the petition for lack of merit and declined to issue a certificate of appealability on any of the claims presented in the petition.  See Memorandum and Order Denying Petition for Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability, filed June 1, 2011.  Doc. 9.

        On June 30, 2011, Petitioner signed and dated a motion for a certificate of appealability, which is now before the Court.  Doc. 13.  Given that the Court has already

determined that Petitioner is not entitled to a certificate of appealability, Petitioner's motion is moot. Moreover, to the extent Petitioner seeks reconsideration of the denial of a certificate of appealability, he has failed to show the Court's decision was in error. See E.D. Mich. LR 7.1(h)(3). Accordingly, the motion is DENIED.

SO ORDERED.

       S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2011

I hereby certify that a copy of the foregoing document was mailed to Alejandro Gardner, #431477, Chippewa Correctional Facility, 4269 W. M-80, Kincheloe, MI 48974 and the attorneys of record on this date, July 13, 2011, by electronic and/or ordinary mail.

       S/Julie Owens
Case Manager, (313) 234-5160